**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 4:08CR00469 ERW |
| | ) |
| **EDDIE L. HASAN,** | ) |
| | ) |
|     **Defendant.** | ) |

### ORDER

This matter comes before the Court on Defendant Eddie L. Hasan's Motion to Continue Self Surrender Date [doc. #17]. The Court notes Government's Objection to said request, however, Defendant's request shall be granted.

**IT IS HEREBY ORDERED** that the Court extends the reporting date of Defendant Eddie L. Hasan from December 16, 2008, to **January 5, 2009**. Defendant Eddie L. Hasan shall surrender himself to the Bureau of Prison authorities at the Federal Correctional Institute in Leavenworth, Kansas, no later than **1:00 p.m.** on said date.

So Ordered this  2nd  Day of December , 2008.

                                        _____
                                        E. RICHARD WEBBER
                                        UNITED STATES DISTRICT JUDGE